UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAWSON VALLEE** | * | CIVIL ACTION NO.: 20-1571 |
| **Plaintiff** | * | |
| **VERSUS** | * | JUDGE: SARAH S. VANCE |
| | * | |
| **GEORGE BORDELON, ET AL** | * | SECTION "R" (4) |
| **Defendants** | * | |

*********************************************************************

## MOTION TO LEAVE FILE MOTION TO SUBSTITUTE AND/OR ADD PARTY DEFENDANT AND AMEND COMPLAINT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Dawson Vallee, who respectfully moves this Honorable Court for leave to file Motion to Substitute and/or Add Party Defendant and Amend Complaint as more fully set out in the following memorandum in support.

Defendants' object to plaintiff's Motion to Substitute and/or Add Party Defendant and Amend Complaint.

Respectfully submitted,

**/s/Patrick G. Kehoe, Jr.**
PATRICK G. KEHOE, JR. #14419
3524 Canal Street
New Orleans, LA 70119
Telephone # (504) 588-1110
Facsimile # (504) 588-1954

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the Court's CM/ECF system and a copy sent to all counsel of record by electronic means and non-CM/ECF participants by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail, on the 25th day of November, 2020.

                                                        /s/ Patrick G. Kehoe, Jr.
                                                        PATRICK G. KEHOE, JR.