UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAWSON VALLEE | CIVIL ACTION |
| VERSUS | NO. 20-1571 |
| CROWN EQUIPMENT CORPORATION OF OHIO, ET AL. | SECTION "R" (4) |

## JUDGMENT

Considering the Court's Order and Reasons on file herein,[1]

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint of Dawson Vallee is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 20th day of January, 2022.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 210.