UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAWSON VALLEE | * | NO. 2:20-cv-01571 |
| | * | |
| Plaintiff | * | JUDGE: SARAH S. VANCE |
| | * | |
| VERSUS | * | MAG. JUDGE: KAREN WELLS ROBY |
| | * | |
| CROWN EQUIPMENT CORPORATION OF | * | SECTION: "R" (4) |
| OHIO d/b/a CROWN LIFT TRUCKS, GEORGE | * | |
| BORDELON, AND ADAM GIROIR | * | |
| | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ITEMIZED BILL OF COSTS**

### **FEES FOR THE CLERK**

| | |
|---|---|
| 24th Judicial District Court Fees | $ 50.25 |
| 24th Judicial District Court Fax Filing Fee | $ 106.00 |
| Louisiana Eastern District Court Removal Fee | $ 400.00 |
| Louisiana Eastern District Court Pro Hac Vice Fees (2) | $ 200.00 |
| Subtotal: | $ 756.25 |

### **FEES FOR SERVICE OF SUBPOENAS**

| | |
|---|---|
| Service of Subpoenas for Employment Records | $ 270.00 |
| Subtotal: | $ 270.00 |

### **FEES FOR PRINTED AND ELECTRONICALLY RECORDED TRANSCRIPTS**

| | |
|---|---|
| Transcript for Deposition of Dawson Vallee | $ 779.20 |
| Transcript for Deposition of Adam Giroir | $ 303.25 |
| Transcript for Deposition of Dr. John Jeka | $ 772.50 |
| Video Fee for Deposition of Dr. John Jeka | $ 520.00 |
| Transcript for Depositions of Dr. Jason Kerrigan and Edward Carrick, P.E. | $2,475.65 |
| Video Fee for Deposition of Dr. Kerrigan and Edward Carrick, P.E. | $1,585.00 |
| Transcript for Deposition of Dr. Richard Ziernicki | $1,433.75 |
| Video Fee for Deposition of Dr. Richard Ziernicki | $ 905.00 |
| Transcript for Deposition of Dr. Shelly Savant | $1,059.40 |
| Video Fee for Deposition of Dr. Shelly Savant | $ 560.00 |

| | | |
|---|---|---|
| Transcript for Deposition of Dr. Shael Wolfson | | $ 545.00 |
| Video Fee for Deposition of Dr. Shael Wolfson | | $ 355.00 |
| Transcript for Deposition of Dr. Aaron Wolfson | | $ 685.40 |
| Video Fee for Deposition of Dr. Aaron Wolfson | | $ 470.00 |
| Transcript for Deposition of Ronald Grisez | | $ 233.90 |
| Transcript for Deposition of Dr. John Meyer | | $1,862.50 |
| Video Fee for Deposition of Dr. John Meyer | | $1,135.00 |
| Transcript for Deposition of Laurentius Marais | | $ 261.10 |
| Transcript for Deposition of George Bordelon | | $ 231.70 |
| Transcript for Deposition of Quinn Fassbender | | $ 500.30 |
| Transcript for Deposition of John Johnson | | $ 648.20 |
| Transcript for Deposition of Dr. R. Austin T. Folley | | $1,223.20 |
| Transcript for Depositions of Carlos Murillo and Donald Raziano | | $ 844.90 |
| | Subtotal: | $19,389.95 |

**FEES AND DISPURSEMENTS FOR PRINTING**

| | | |
|---|---|---|
| OWCA – search and copy fee for records | | $ 25.00 |
| Social Security Administration – copy fee for records | | $ 122.00 |
| United States Treasury (IRS) – copy fee for records | | $ 258.00 |
| Delta Medical Equipment – copy fee for records | | $ 75.00 |
| City Park Physical Therapy – copy fee for records | | $ 80.00 |
| MRO – copy fee for records | | $ 109.45 |
| Notre Dame Home Health – copy fee for records | | $ 172.45 |
| Social Security Administration – copy fee for disability records | | $ 98.00 |
| | Subtotal: | $ 939.90 |

**WITNESS FEES**

| | | |
|---|---|---|
| Transportation Reimbursement-George Bordelon to Deposition | | $ 160.00 |
| | Subtotal: | $ 160.00 |

**FEES FOR EXEMPLIFICATION AND THE COSTS OF MAKING COPIES OF MATERIALS NECESSARILY OBTAINED FOR USE IN THE CASE**

| | | |
|---|---|---|
| Conversion of files produced in discovery from VHS to digital format | | $ 141.89 |
| FOIA Response from Jefferson Parish Sheriff | | $ 85.00 |
| | Subtotal: | $ 226.89 |

**TOTAL COSTS EXPENDED:** $21,742.99

KELLY E. BRILLEAUX

2