# United States Court of Appeals
# for the Fifth Circuit

No. 22-30053

United States Court of Appeals
Fifth Circuit
**FILED**
April 14, 2023
Lyle W. Cayce
Clerk

Dawson Vallee,

*Plaintiff—Appellant,*

versus

Crown Equipment Corporation, *doing business as* Crown Lift Trucks,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-1571

_____

Before Richman, *Chief Judge,* and Elrod and Oldham, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on **May 08, 2023**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit